# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BETTY KHAN** f/k/a **BHANMATEE KHAN,**
Appellant,

v.

**RUSS KHAN** f/k/a **NEZAMODEEN KHAN,**
Appellee.

No. 4D22-1309

[November 3, 2022]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Dina A. Keever-Agrama, Judge; L.T. Case No. 50-2020-DR-002382-MB.

Craig Boudreau of Boudreau Law, West Palm Beach, for appellant.

Casey M. Reiter of Casey Reiter Appeals, P.A., Loxahatchee, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, CONNER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***